

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00660-CR

**IN RE** Daniel **LONGORIA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  November 1, 2017

PETITION FOR WRIT OF MANDAMUS DISMISSED

On October 11, 2017, Relator filed this petition for writ of mandamus and a motion for emergency stay.  On October 16, 2017, Relator filed a motion to dismiss this proceeding.  On October 20, 2017, Relator filed a certificate of conference stating the real party in interest is not opposed to the motion to dismiss.  Accordingly, this original mandamus proceeding is dismissed, and Relator's motion for emergency stay is denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2017-CR-8870, styled *The State of Texas v. Daniel Longoria*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.